AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### District of Columbia

Michael Graham

**SUMMONS IN A CIVIL CASE**

V.

The Architect of the Capitol

CASE NUMBER  1:06CV00492

JUDGE: James Robertson

DECK TYPE: Employment Discrimination

DATE STAMP: 03/16/2006

TO: (Name and address of Defendant)

THE ARCHITECT OF THE CAPITOL
U.S. Capitol Building
Washington D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leslie D. Alderman III
Alderman & Devorsetz PLLC
1025 Connecticut Ave., NW Suite 1000
Washington, D.C. 20036
202-969-8220 (tel.)
202-969-8224 (fax)
lalderman@a-dlaw.com

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

MAR 1 6 2006

DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5-5-06 |
| NAME OF SERVER (PRINT) Leslie P. Aldums _tt_ | TITLE Attorney |

_Check one box below to indicate appropriate method of service_

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail, Return Receipt Requested

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/10/06
_Date_

_Signature of Server_

1025 Connecticut Ave
Suite 1000
Washington DC 20036
_Address of Server_

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Architect of The Capitol
US Capitol Building
Washington DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Bernard Wilson   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 5-5-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   7005 1160 0002 6707 1449

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

(1) As to who may serve a summons