AO 440  (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Michael Graham

**SUMMONS IN A CIVIL CASE**

V.

The Architect of the Capitol

CASE NUMBER   1:06CV00492

JUDGE: James Robertson

DECK TYPE: Employment Discrimination

DATE STAMP: 03/16/2006

TO: (Name and address of Defendant)

Civil Process Clerk
U.S. Attorney
555 4th St., NW
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leslie D. Alderman III
Alderman & Devorsetz PLLC
1025 Connecticut Ave., NW Suite 1000
Washington, D.C. 20036
202-969-8220 (tel.)
202-969-8224 (fax)
lalderman@a-dlaw.com

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

MAR 16 2006

CLERK                                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | April 26, 2006 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Leslie D. Alderman III | Attorney |

*Check one box below to indicate appropriate method of service*

☐ **G**  Served personally upon the defendant. Place where served:

_____

☐ **G**  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:  _____

☐ **G**  Returned unexecuted:  _____

☐ **G**  Other (specify):  Certified Mail Return Receipt Prepared

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/10/06
　　　　　　　Date

Signature of Server

1025 Connecticut Ave NW
Suite 1000
Washington DC 20036
Address of Server

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
US Attorney
555 4th St. NW
Washington DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
*(Transfer from service label)*    7005 1160 0002 6707 1432

7005 1160 0002 6707 1432

PS Form 3811, February 2004    02595-02-M-1540

(1) As to who may serve a summons see R